DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GILAD BARTOV** and **MARIA GONZALEZ-PAGAN,**
Appellants,

v.

**BROWARD LOFTS, LLC,**
Appellee.

No. 4D23-168

[July 13, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE20-02446.

Victor Petrescu and Stuart I. Grossman of Levine Kellogg Lehman Schneider Grossman LLP, Miami, and Lee H. Schillinger of Lee H. Schillinger, P.A., Weston, for appellants.

Guy F. Giberson and Walter J. Mathews of Mathews Giberson LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY, and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***